

# Fourth Court of Appeals
## San Antonio, Texas

July 27, 2022

No. 04-22-00033-CV

Frederick **BEEBE**,
Appellant

v.

**CITY OF SAN ANTONIO**, by and through its agent, CPS Energy,
Appellee

From the 57th Judicial District Court, Bexar County, Texas
Trial Court No. 2019CI19603
Honorable Antonia Arteaga, Judge Presiding

# O R D E R

The Appellant's Second Unopposed Motion to Extend Time to File Brief is GRANTED. The appellant's brief is due on August 4, 2022.

_____
Liza A. Rodriguez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 27th day of July, 2022.

_____
MICHAEL A. CRUZ, Clerk of Court